**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**RONNIE BONEE**                                                              **PLAINTIFF**

**v.**                                    **Case No. 3:13-cv-00207 KGB**

**SMITH TIRE, INC.; SMITH TIRE AND
AUTOMOBILE SERVICE, INC.; SMITH
TIRE OSCEOLA, LCC; SMITH TIRE &
SUPLLY, INC.; SMITH TIRE & SERVICE, INC;
KEITH SMITH and EDWARD SMITH**                          **DEFENDANTS**

**ORDER**

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 21).  The parties stipulate to a dismissal with prejudice of this action, including any claims, cross-claims, and third-party claims that were brought or could have been brought.  Accordingly, this action is hereby dismissed with prejudice.

SO ORDERED this 11th day of August, 2015.

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE